PATRICK H. HICKS, ESQ.
Nevada Bar No. 4632
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
KAREN KAO, ESQ.
Nevada Bar No. 14386
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:      702.862.8811
phicks@littler.com
mdissinger@littler.com
kkao@littler.com

Attorneys for Defendant
PEPPERMILL CASINOS, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA HUDSON, STORMY DAROSA & RENA ALBERTAZZI,<br><br>Plaintiffs,<br><br>v.<br><br>PEPPERMILL CASINOS, INC.,<br><br>Defendant. | Case No. 3:24-CV-00391-ART-CSD<br><br>**ORDER GRANTING STIPULATION AND PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiffs, LISA HUDSON, STORMY DAROSA & RENA ALBERTAZZI ("Plaintiffs"), and Defendant, PEPPERMILL CASINOS, INC. ("Defendant") (collectively the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

The Parties have reached an agreement to globally resolve this action. The Parties submit the instant Stipulation pursuant to their agreement for global resolution. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation, dismiss the action with prejudice and close the case.

Dated: December 6, 2024

Respectfully submitted,

/s/ Mark Mausert
Mark Mausert, Esq.
Sean McDowell, Esq.
LAW OFFICES OF MARK MAUSERT

Attorneys for Plaintiffs
LISA HUDSON, STORMY DAROSA &
RENA ALBERTAZZI

Respectfully submitted,

/s/ Michael D. Dissinger
Patrick H. Hicks, Esq.
Michael D. Dissinger, Esq.
Karen Kao, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
PEPPERMILL CASINOS, INC.

**IT IS SO ORDERED.**

DATED: December 12, 2024

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON P.C.
3960 HOWARD HUGHES PARKWAY
SUITE 300
LAS VEGAS, NV 89169.5937
702.862.8800